FILED
DEC 20 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael K. Ciacci, )
)
    Plaintiff, )
)
v. ) Civil Action No. 13-1666 (UNA)
)
Director of the Administrative Office )
of the United States Courts, *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint seeking injunctive relief and his application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed. *See* 28 U.S.C. § 1915A (requiring the Court to screen and dismiss a prisoner's complaint upon a determination that it fails to state a claim upon which relief may be granted).

Plaintiff is a prisoner at the District of Columbia Jail. In his one-page complaint, plaintiff seeks an order compelling the Administrative Office of the United States Courts and the "Administrative Director" of the Superior Court of the District of Columbia to investigate his "arrest, warrant, indictment, transfer of custody, and resulting detention," which he alleges are "illegal and unenforceable." Plaintiff seeks his release "immediately." The named administrative offices have no authority to conduct such an investigation or to release plaintiff from his detention. Hence, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: December __, 2013

United States District Judge